COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-084-CV
 
MARC W. GUNDERSON A/K/A MARC                                                    
APPELLANT
WILLIAM GUNDERSON
V.
MGM GRAND HOTEL, L.L.C.                                                                    
APPELLEE

----------
FROM THE 48
TH DISTRICT COURT OF TARRANT
COUNTY
----------
MEMORANDUM OPINION(1) AND
JUDGMENT
----------
We have considered the "Motion By Appellant To Dismiss
Appeal." It is the court's opinion that the motion should be granted;
therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution
issue. See Tex. R. App. P. 42.1(d).


PER CURIAM
PANEL D: DAY, LIVINGSTON, and DAUPHINOT, JJ.


DELIVERED: May 1, 2003

1. See
Tex. R. App. P. 47.4.